UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:05-CR-20 |
| | ) | |
| | ) | |
| ANGELA BRYANT | ) | |

**O R D E R**

The presentence report in this case was disclosed to the defendant on August 29, 2005. LR83.9, Sentencing Proceedings, of the Local Rules of the United States District Court for the Eastern District of Tennessee provides:

> (c) Objections to Report. Within fourteen (14) days after receiving the presentence report, counsel shall communicate to the probation officer any objections they may have as to any material information, sentencing classification, sentencing guideline ranges, and policy statements contained in or omitted from the report. Such communication must be in writing and shall be entitled "Objections of (Defendant) (Government) to Presentence Report." The party filing such a statement with the probation officer shall provide a copy to all other parties. Each objection to a factual determination shall be supported by an affidavit in support thereof.

In this case the defendant's objections were due on September 12, 2005.

Therefore, the defendant's objections which were delivered to the probation officer

on September 16, 2005 are untimely. In addition, the defendant's objections to factual determinations are not supported by an affidavit. Accordingly, it is hereby **ORDERED** that the defendant's objections to the presentence report are **DENIED** for failure to comply with LR83.9 and Fed. R. Crim. P. 32(f)(1).

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE